# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MATTHEW RIVERA**  **PLAINTIFF**
ADC #140789

v.  No. 3:20-cv-53-DPM

**HEATHER STEELE, Parole**
**Officer, Paragould Parole**
**Officer**  **DEFENDANT**

## ORDER

**1.** Rivera hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 2 April 2020. If he doesn't, then the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Rivera an application to proceed *in forma pauperis*. If the Court grants Rivera permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2020