# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MATTHEW RIVERA**                                                        **PLAINTIFF**
**ADC #140789**

**v.**                         **No. 3:20-cv-53-DPM**

**HEATHER STEELE, Parole**
**Officer, Paragould Parole**
**Officer**                                                        **DEFENDANT**

## ORDER

Rivera hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

___6 April 2020_____