# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MATTHEW RIVERA**  
ADC #140789  PLAINTIFF

v.  No. 3:20-cv-53-DPM

**HEATHER STEELE, Parole Officer, Paragould Parole Officer**  DEFENDANT

## JUDGMENT

Rivera's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

_6 April 2020_